UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ALEXANDER RUBEN CARINO, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | No. 2:10-0062 |
| ) | Judge Sharp |
| CUMBERLAND COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

On June 21, 2012, the Magistrate Judge entered a Report and Recommendation (Docket No. 61), recommending that Defendants' Motion for Summary Judgment (Docket No. 43) be granted, and Plaintiff's claims be dismissed with prejudice. Despite being specifically advised in the Report and Recommendation that any objections to the recommended disposition needed to be filed within fourteen days of service, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Federal Rule of Civil Procedure 72(b), the Court agrees with the Magistrate Judge's recommendation that summary judgment be granted in favor of Defendants Cumberland County Sheriff's Department, Sheriff Butch Burgess, Lt. Debbie Dixon, C.O. James Dyer and C.O. Charlie Dixon. Accordingly,

(1) The Report and Recommendation (Docket No. 61) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 43) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

1

Case 2:10-cv-00062   Document 64   Filed 08/28/12   Page 1 of 2 PageID #: 293

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE